LFF

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:  Case No. **12-08047-RM3-13**

HARVEY WALTER DIZOL  Chapter 13
KATHERINE O REILLY DIZOL

**Notice of Final Cure Payment on PreConfirmation Arrearage**

The Trustee files Notice that the amount required to cure the preconfirmation default in the below claim has been paid in full.

**Name of Creditor:** SUNTRUST BANK          **Court Claim no.** (if known): **3**

**Last four digits** of any number used to identify the debtor's account: **9237**

| Final Cure Amount | |
|---|---|
| Amount of Allowed PreConfirmation Arrearage | **$1,496.70** |
| Amount Paid by Trustee | **$1,496.70** |
| **Monthly Ongoing Mortgage Payment is paid:** | |
| ⦿ Thru the Chapter 13 Trustee conduit. | ○ Direct by Debtor |

Within 21 days of the service of this Notice, the creditor should file and serve on the debtor(s), debtor(s)' counsel and the trustee a statement indicating if it disagrees that the trustee has paid in full the amount required to cure the preconfirmation default.

The trustee is continuing to make payments on the post confirmation payments. The last post confirmation payment made by the trustee as of the date of this notice is applicable to the **11/12** payment.

Dated: December 03, 2012

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:
HARVEY WALTER DIZOL & KATHERINE O REILLY DIZOL ;  4044 FIZER ROAD, SPRINGFIELD, TN  37172
SUNTRUST BANK;  SUPPORT SERVICES, P O BOX 85092, RICHMOND, VA  23286
SUNTRUST BANK;  P O BOX 85526, RICHMOND, VA  23285