IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          )
                                                )
HARVEY WALTER DIZOL and                         )      Bk. No. **12-08047-RM3-13**
KATHERINE O'REILLY DIZOL,                        )      Chapter 13
4044 Fizer Road                                 )      Judge Randal S. Mashburn
Springfield, TN 37172                           )
SSN: XXX-XX-6729  SSN: XXX-XX-6568              )
            Debtor(s).                          )

ORDER MODIFYING PLAN TO PROVIDE FOR ONGOING MORTGAGE
PAYMENT TO CARRINGTON MORTGAGE

        This matter came to be heard on May 22, 2013 upon the Trustee's Application to Modify the Plan confirmed in the above case in order to provide for a change in the mortgage payment to Carrington Mortgage pursuant to a Notice of Mortgage Payment Change. The debtors had opposed the Trustee's application. At the call of the docket, debtors' counsel was present and indicated that the debtors could not oppose the Trustee's request. Based upon this announcement, it is

        ORDERED, the plan confirmed in the above case is modified so as to increase the ongoing mortgage payment payable to Carrington Mortgage Services to $2,251.28 commencing with the February, 2013 disbursement, applicable to the March, 2013 payment; it is further

        ORDERED, the debtors' contributions to the Trustee shall increase to $1,129.50 per week to provide the Trustee adequate funds with which to make the payments on the modified plan; it is further

        ORDERED, the "base" shall be adjusted to $293,500.

                                THIS ORDER WAS SIGNED AND ENTERED
                                ELECTRONICALLY AS INDICATED AT THE
                                TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN  37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certifies that on or before the 30th day of May, 2013, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
Steven R. Wilmoth, Counsel for Debtors

***By U. S. Postal Service, postage prepaid to:***

Harvey W. and Katherine O. Dizol, 4044 Fizer Road, Springfield, TN 37172
John Medina, 3675 Crestwood Pkwy., Suite 300, Deluth, GA 30096

/s/ Henry E. Hildebrand, III

_____
Henry E. Hildebrand, III
Chapter 13 Trustee

2

This Order has Been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.