IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          )
                                                )
HARVEY WALTER DIZOL and                         )        Bk. No. **12-08047-RM3-13**
KATHERINE O'REILLY DIZOL,                       )        Chapter 13
4044 Fizer Road                                 )        Judge Randal S. Mashburn
Springfield, TN 37172                           )
SSN: XXX-XX-6729  SSN: XXX-XX-6568              )
                                                )
          Debtor(s).                            )

PROPOSED
ORDER SETTING HEARING ON TRUSTEE'S MOTION TO SET ASIDE
AGREED ORDER TO HOLD FUNDS SET ASIDE FOR
HOME MORTGAGE CREDITOR (DOCKET ENTRY 82)

It appearing to the Court, based upon the request of the Trustee, by and through his counsel as indicated by her electronic signature below, that the Trustee has filed a Motion requesting a hearing be set on the Trustee's Motion to Set Aside Agreed Order to Hold Funds Set Aside for Home Mortgage Creditor, docket entry 82. The Court, finds the Trustee's request well taken and, it is therefore

ORDERED, that the Trustee's Motion to Set Aside Agreed Order to Hold Funds Set Aside for Home Mortgage Creditor (Docket Entry 82) will be set for hearing on _____ at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203 on.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

_____
Tracy L. Schweitzer
Counsel to Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN  37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com