# UNITED STATES BANKRUPTCY COURT
## Middle District of Tennessee

In re: HARVEY WALTER DIZOL
KATHERINE OREILLY DIZOL
Debtor

Case No. 12-08047
Chapter 13

**Name of creditor:** SunTrust Bank

**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: 9 2 3 7

## Creditor Statement of Amounts Required to Bring Loan Current

### Part 1

Creditor agrees with Notice/Motion filed by the Trustee/Debtor in this case on: 10/03/2014 (date)

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**Signature:** /s/ Kevin C. Bishop

**Date:** 10 / 09 / 2014

**Print:** Kevin C. Bishop
First Name / Middle Name / Last Name

**Title:** Bankruptcy Specialist

**Company:** SunTrust Bank

**Address:** Bankruptcy Department VA-WMRK-7952 PO Box 85092
Number / Street
Richmond, VA 23285
City / State / ZIP Code

**Contact phone:** (800) 635-3112

## CERTIFICATE OF SERVICE

I, _____Kevin C. Bishop_____, do hereby certify that a true and exact copy of the

foregoing \_\_\_\_Notice of Final Cure Payment\_\_\_\_ was served by United States mail and/or electronic

filing, on 10/09/14 , addressed as follows:

Debtor:

HARVEY WALTER DIZOL
KATHERINE OREILLY DIZOL

4044 FIZER RD
SPRINGFIELD, TN 37172 -8343

Debtor's Atty:

STEVEN RAY WILMOTH ATT AT LAW
409 LOCUST ST
SPRINGFIELD , TN 37172 -2443

Trustee:

HENRY EDWARD HILDEBRAND
PO BOX 190664
NASHVILLE, TN 37219 -0664

/s/ Kevin C. Bishop
**Bankruptcy Specialist**